# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

MICHAEL SAMUEL — ADMITTED IN NY


February 9, 2026

*Via ECF; Total Pages: 1*
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

***RE:*** ***Gonzalez v. Bronx Slice Pizza Corp. et al***
**Docket No. 1:25-cv-01761-KPF**

Dear Judge Failla:

This firm represents plaintiff Elmer Gonzalez ("Plaintiff") in the above-referenced wage-and-hour action.

Pursuant to the Court's Order to Show Cause dated January 21, 2026 (ECF No. 12), the undersigned respectfully advises the Court that Plaintiff no longer intends to proceed with this matter and intends to file a Notice of Voluntary Dismissal without prejudice as to defendants Bronx Slice Pizza Corp. and Bashkim Derbishaj, pursuant to Fed. R. Civ. P. 41(a) shortly.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

*/s/ Michael Samuel*
By: Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiff*